

FILED by **KS** D.C.

Oct 27, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **21-20536-CR-MIDDLEBROOKS/MCALILEY**

18 U.S.C. § 371
18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

v.

RICHARD WILLIAMS,

      Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), an agency of the United States Department of Justice, administered and enforced laws and regulations pertaining to the acquisition and disposition of firearms.

2. Before a federally licensed firearm dealer could sell or transfer a firearm to any person, the federally licensed firearms dealer and the buyer or transferee were required to complete ATF Form 4473.

3. By completing the ATF Form 4473, the firearm buyer or transferee verified that he or she was the actual buyer or transferee of the firearm. The form warns that a buyer was not an actual buyer if he or she was acquiring the firearm on behalf of another person, and that, if the buyer was not the actual buyer, the firearms dealer may not transfer the firearm to the buyer.

4. ATF Form 4473 further warned that a buyer's falsely verifying that he or she was the actual buyer was a crime punishable as a felony under federal law.

5. Defendant **RICHARD WILLIAMS** was a resident of Miami-Dade County.

6. Company 1 was a federally licensed firearm dealer with a principal place of business in Melbourne, Florida.

7. Company 2 was a federally licensed firearm dealer with a principal place of business in West Palm Beach, Florida.

8. Company 3 was a federally licensed firearm dealer with a principal place of business in Sebastian, Florida.

9. Company 4 was a federally licensed firearm dealer with a principal place of business in Cape Coral, Florida.

10. Company 5 was a federally licensed firearm dealer with a principal place of business in Oakland Park, Florida.

11. Company 6 was a federally licensed firearm dealer with a principal place of business in Hialeah, Florida.

12. Company 7 was a federally licensed firearm dealer with a principal place of business in Miami, Florida.

13. Company 8 was a federally licensed firearm dealer with a principal place of business in Hialeah, Florida.

14. Company 9 was a federally licensed firearm dealer with a principal place of business in Fort Lauderdale, Florida.

15. Company 10 was a federally licensed firearm dealer with a principal place of business in Palm Bay, Florida.

16. Company 11 was a federally licensed firearm dealer with a principal place of business in Winter Haven, Florida.

## Count 1
### Conspiracy to Purchase Firearms by Means of a False Statement
### (18 U.S.C. § 371)

1. Paragraphs 1 through 16 of the General Allegations section of this Indictment are realleged and incorporated by reference as if fully set forth herein.

2. From on or about January 6, 2019, through on or about March 18, 2021, in Miami-Dade, Broward, Palm Beach, and Indian River counties, in the Southern District of Florida, and elsewhere, the defendant,

**RICHARD WILLIAMS,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to commit offenses against the United States, that is, to knowingly make false and fictitious statements to firearms dealers intended and likely to deceive the dealer with respect to facts material to the lawfulness of the sale and other disposition of such firearms, in connection with the acquisition of firearms from a federally licensed firearms dealer, in violation of Title 18, United States Code, Section 922(a)(6).

### PURPOSE OF THE CONSPIRACY

3. It was the purpose of the conspiracy for the defendant and his co-conspirators to purchase firearms by means of false and fictitious statements.

### OVERT ACTS

In furtherance of the conspiracy and to achieve the object thereof, the defendant or at least one of his co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

1. On or about January 6, 2019, at Company 1, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of one (1) Taurus G2C, 9mm (serial # TLP48548) firearm; and one (1) Smith & Wesson SD40VE .40 (serial # FZU2799) firearm.

2. On or about July 20, 2019, at Company 2, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of one (1) Taurus G2, 9mm (serial # THN03180) firearm; and one (1) Taurus G2, .40 (serial # SGY23295) firearm.

3. On or about August 18, 2019, at Company 3, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of one (1) Springfield XD, .40 (serial #US461131) firearm; One (1) Smith & Wesson SD40VE, .40 (serial #FBM0782) firearm; Two (2) Taurus G2S, .40 (serial #SMD52515 and #SMD45867) firearms; one (1) Taurus G2C, .40 (serial #SMR95977) firearm; and one (1) Taurus G2C, 9mm (serial #TLX67485) firearm.

4. On or about August 31, 2019, at Company 4, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of two (2) Taurus G2C, 9mm (serial # TMR24199 and # TLY27526) firearms; and one (1) Smith & Wesson SD40VE .40 (serial # FBM9080) firearm.

5. On or about August 31, 2019, at Company 2, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of three (3) Taurus G2S, .40 (serial #SMU74272, #SMR28830, and #SMU74332) firearms.

6. On or about September 14, 2019, at Company 5, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of two (2) Taurus G2C, .40 (serial #SMR41432 and #SMR41394) firearms.

7. On or about October 6, 2019, at Company 6, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of three (3) Taurus G2C, 9mm (serial #TMS71631, #TMS76840, and #TLU71701) firearms; and one (1) Pioneer Arms Hellpup, 7.62x39 (serial #PAC1127215) firearm.

8. On or about October 26, 2019, at Company 6, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of one (1) Century Arms Micro Draco, 7.62x39 (serial #PMD-13335-19) firearm.

9. On or about November 24, 2019, at Company 7, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of one (1) Glock 22 Gen3, .40 (serial #LGR101) firearm.

10. On or about November 25, 2019, at Company 7, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of one (1) Glock 17, 9mm (serial #ZKZ845) firearm.

11. On or about December 7, 2019, at Company 1, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of one (1) Springfield XDM, 9mm (serial #MG835172) firearm.

12. On or about May 19, 2020, at Company 8, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of one (1) Glock 22, .40 (serial #DMN948US) firearm; and two (2) Glock 27, .40 (serial #KUG007 and #LNE968) firearms.

13. On or about May 19, 2020, at Company 6, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of one (1) Glock 17, 9mm (serial #BMVW508) firearm.

14. On or about June 6, 2020, at Company 9, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of two (2) Springfield, XDS 45, .45 (serial #HG140870 and #HG140827) firearms; and one (1) Taurus G2S, .40 (serial #ABC419886) firearm.

15. On or about June 7, 2020, at Company 6, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of one (1) Glock 27, .40 (serial #BNTC529) firearm.

16. On or about June 10, 2020, at Company 9, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of one (1) Pioneer Arms AR-12, 12-gauge Shotgun (serial #YD-20-03228) firearm.

17. On or about August 15, 2020, at Company 9, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of one (1) Smith & Wesson SD9VE, 9mm (serial #FCM3596) firearm.

18. On or about November 14, 2019, at Company 10, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of one (1) Springfield XD, .40 (serial #BY444718) firearm; and one (1) Taurus G2C, 9mm (serial #ABL117456) firearm.

19. On or about November 22, 2020, at Company 11, **RICHARD WILLIAMS** filled out an ATF Form 4473 falsely and fraudulently representing that he was the actual purchaser of

one (1) Springfield XDS, .40 (serial #BY446386) firearm; and one (1) Smith & Wesson SD9VE, 9mm (serial #FCW6159) firearm.

All in violation of Title 18, United States Code, Section 371.

### Count 2
### Purchase of a Firearm by Means of a False Statement
### (18 U.S.C. § 922(a)(6))

On or about October 26, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**RICHARD WILLIAMS,**

in connection with the acquisition of any firearm from a federally licensed firearms dealer, that is, Company 6, did knowingly make any false and fictitious written statement to such dealer intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearm, in that the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearm, when in truth and fact, and as the defendant then and there well knew, he was purchasing the firearm for another person, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearm is one (1) Century Arms Micro Draco, 7.62x39 (serial number PMD-13335-19).

### FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **RICHARD WILLIAMS**, has an interest.

2. Upon conviction of a conspiracy to commit a violation, of Title 18, United States Code, Section 922(a)(6), as alleged in this Information, the defendant shall forfeit to the United

7

States of America, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm involved in or used in the commission of such offense.

All pursuant to Title 18, United States Code, Sections 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY


_____
WILL J. ROSENZWEIG
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RICHARD WILLIAMS,

        Defendant.                    /

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
☑ Miami  ☐ Key West  ☐ FTL
☐ WPB   ☐ FTP

New defendant(s)  ☐ Yes  ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    ☑
   II   6 to 10 days  ☐
   III  11 to 20 days ☐
   IV  21 to 60 days ☐
   V   61 days and over ☐

   (Check only one)
   Petty       ☐
   Minor      ☐
   Misdemeanor ☐
   Felony     ☑

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No

                                      */s/ Will Rosenzweig*
                                      Will J. Rosenzweig
                                      Assistant United States Attorney
                                      Court ID No.     A5502698

*Penalty Sheet(s) attached                                                        REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Richard Williams

**Case No:** _____

Count #: 1

Conspiracy to Purchase Firearms by Means of a False Statement

Title 18, United States Code, Section 371

*Max. Penalty: 5 Years' Imprisonment

Count #: 2

Purchase of a Firearm by Means of a False Statement

Title 18, United States Code, Section 922(a)(6)

*Max. Penalty: 10 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Richard Williams, | ) | |
| | ) | |
| _Defendant_ | ) | |

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Hector Flores, Esq.
_____
_Printed name of defendant's attorney_

_____
_Judge's signature_

_____
_Judge's printed name and title_